TURCO, Respondent, v. ATLANTIC MACARONI CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by John Turco, an infant, etc., against the Atlantic Macaroni Company. No opinion. Judgment and order unanimously affirmed with costs.

TUTTLE, Respondent, v. LINCH, Appellant, (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Mary A. Tuttle, as administratrix, etc., against George W. Linch, as receiver, etc.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS, J., dissents solely upon the ground of error in the charge at folio 235.

UHLIG v. HUNTER. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Appeal from Special Term, New York County. Action by Charles W. Uhlig against John F. Hunter. From so much of·an order as directs payment of taxable costs to date as a condition to opening default, defendant appeals. Modified. William H. Smith, Jr., of Mamaroneck, for appellant. S. F. Peavey, Jr., of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring as a condition for the opening of the default the payment of trial fee and $10 costs of opposing motion, and, as so modified, affirmed, without costs.

ULLRICH, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Elizabeth A. Ullrich, as administratrix, etc., of John Ullrich, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. Appeal to Court of Appeals denied 141 N. Y. Supp. 1149.

ULLRICH, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Elizabeth A. Ullrich, as administratrix, etc., against the New York, New Haven & Hartford Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1149) denied.

UNITED STATES TITLE & GUARANTY CO. v. DONOHUE. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by the United States Title & Guaranty Company against Annie Donohue. No opinion. Motion denied, with $10 costs. Settle order on notice. Memorandum per curiam.

VAN BOSKERCK v. HAYWARD et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Lizzie Van Boskerck against William L. Hayward and others. No opinion. Motion to dismiss granted. Order filed. Memorandum per curiam.

VAN EMDEN, Appellant, v. NATIONAL DISTILLING CO., Respondent. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Henry Van Emden against the National Distilling Company. W. C. Rosenberg, of New York City, for appellant. B. G. Heyn, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 141 N. Y. Supp. 1149.

VAN EMDEN v. NATIONAL DISTILLING CO. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Henry Van Emden against the National Distilling Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 141 N. Y. Supp. 1149.

VAN NESS, Respondent, v. GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 13, 1913.) Action by Edward Van Ness against the General Electric Company. No opinion. Order affirmed, with $10 costs and disbursements.

In re VAN ORDER. (Supreme Court, Appellate Division, Third Department, May 22, 1913.) In the matter of the charges preferred against Joseph Van Order, member of the fire department, connected with engine No. 4. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 582) denied.

VAN SLOCHEM, Appellant, v. VILLARD, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Herman Van Slochem against Harold G. Villard, impleaded with others. M. J. Hirsch, of New York City, for appellant. F. E. Mygatt, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed. See, also, 154 App. Div. 161, 138 N. Y. Supp. 852; 154 App. Div. 166, 138 N. Y. Supp. 855; 154 App. Div. 896, 138 N. Y. Supp. 1147.

VAN WINKLE, Respondent, v. WATERMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Cornelia Ann Van Winkle against Elias Waterman and another.

PER CURIAM. Judgment reversed, and complaint dismissed, with costs, including costs of this appeal. Held that, under the most favorable construction of the evidence and the findings of the trial court, plaintiff is not entitled to a judgment of specific performance; that, if any such contract was made, she has an adequate remedy at law.

VILLAGE OF ANGOLA, Appellant, v. LAKE SHORE & M. S. R. CO., Respondent.